UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT
-------------------------------------------------------------------------X
Domenico Broccoli, GLD3, LLC, Snook-9 Realty, Inc.,

                    Plaintiffs,

    -against -

Lance Ashworth, Mara Farrell, Greenhouse Consultants
Incorporated, Hunter Research, Inc, Richard W. Hunter, Douglas
Mackey, William Sandy, Stephen Thomson and Does 1-25,

                    Defendants.
-------------------------------------------------------------------------X

Case No.: 7:21-cv-06931

**STIPULATION
EXTENDING TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties, that the time for Defendants Lance Ashworth, Mara Farrell and William Sandy to respond to the Summons and Complaint herein be, and the same hereby is, extended up to and including October 25, 2021.

IT IS HEREBY STIPULATED, AGREED AND CONSENTED TO THAT facsimile or electronic signatures to this stipulation may be treated and deemed as original signatures.

Dated: Woodbury, New York
       September 13, 2021

_____
Stephen Riccardulli, Esq. (SR 7784)
Chiara D. Kalogjera-Sackellares (CK 0725)
Attorneys for Plaintiffs
31 West 52nd Street
New York, NY 10019
(212) 513-3541
Fax: (212) 440-4401
stephen.riccardulli@hklaw.com

_____
Patrick F. Palladino, Esq.   (PP 6663)
MILBER MAKRIS PLOUSADIS
 & SEIDEN, LLP
Attorneys for Defendants
LANCE ASHWORTH, MARA FARRELL
and WILLIAM SANDY
1000 Woodbury Road, Suite 402
Woodbury, New York 11797
(516) 712-4000
Fax: (516) 712-4013
File No. 420-21099
ppalladino@milbermakris.com

SO ORDERED
_____
KENNETH M. KARAS U.S.D.J.
9/14/2021