UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOMENICO BROCCOLI *et al.*,

                                  Plaintiffs,

          v.

LANCE ASHWORTH, *et al.*

                                  Defendants.

No. 21-CV-6931 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

At the Conference on February 3, 2022, the Court adopted the following schedule:

If Plaintiffs choose to amend their First Amended Complaint, they shall do so by February 10, 2022.  Defendants shall file their Motion to Dismiss by March 16, 2022.  Plaintiffs shall respond by April 15, 2022.  Defendants shall reply by May 6, 2022.

The Parties are also reminded that there is a strict page limit, which will be extended only in extreme circumstances.  If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument.

SO ORDERED.

DATED:       February 8, 2022
             White Plains, New York

                                  _____
                                  KENNETH M. KARAS
                                  UNITED STATES DISTRICT JUDGE