UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
Domenico Broccoli, GLD3, LLC,
Snook-9 Realty, Inc.

                *Plaintiffs*,
        v.                              **NOTICE OF MOTION**

                                            No.7:21-cv-06931(KMK)

Lance Ashworth, Mara Farrell,
Greenhouse Consultants Incorporated,
Douglas Mackey, William Sandy,
Stephen Thomson, and Does 1 - 25.

                *Defendants.*
--------------------------------------------------------

| | |
|---|---|
| MOVING PARTY: | Defendant Stephen Thomson |
| DATE, TIME & PLACE OF MOTION: | Pursuant to Court Order (ECF Docket #48) |
| | Defendants' Service of Motion: March 16, 2022 |
| | Plaintiffs' Service of Opposition Papers: April 15, 2022 |
| | Defendants' Service of Reply Papers: May 6, 2022 |
| | Return Date of Motion: May 6, 2022 |
| SUPPORTING PAPERS: | Declaration of Nicholas A. Pascale, Esq., and Memorandum of Law |
| RELIEF REQUESTED: | An Order dismissing the Plaintiffs' action against the moving Defendant pursuant to FRCP 12(b)(6). |
| ORAL ARGUMENT: | On a date and at a time designated by the Court. |

Dated: New Windsor, New York
       March 16, 2022

                         Yours, etc.,

                         DRAKE LOEB, PLLC

                         By:    */S/ Nicholas A. Pascale, Esq.*

                         NICHOLAS A. PASCALE, ESQ. (NP-5766)
                         *Attorneys for Stephen Thomson*
                         555 Hudson Valley Avenue, Suite 100
                         New Windsor, New York 12553
                         Tel. No.: (845) 561-0550

TO:    ALL PARTIES OF RECORD VIA ECF SERVICE

---

This Motion, along with the other putative Motions to Dismiss (*see* Dkt. Nos. 57, 58), are denied for failure to comply with this Court's Individual Rules. Defendants' proposed Motions will be discussed at the pre-motion conference on April 5, 2022 at 10:30 am, along with the Defendants' letter motions to stay discovery during the pendency of their proposed Motions.

The Clerk of Court is respectfully directed to terminate the motions at Dkt Nos. 50, 51, 52, 54, 56, 57, and 58.

So Ordered.

*/s/ KMK*

April 1, 2022