# Holland & Knight

31 West 52nd Street | New York, NY 10019 | T 212.513.3200 | F 212.385.9010
Holland & Knight LLP | www.hklaw.com

MEMO ENDORSED

Stephen J. Riccardulli
+1 212-513-3541
Stephen.Riccardulli@hklaw.com

June 20, 2023

*Via ECF*

The Honorable Kenneth M. Karas
United States District Court Judge
Southern District of New York
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

        Re:    <u>Domenico Broccoli, et al., v. Lance Ashworth, et al., 7:21-cv-06931-KMK</u>
                    *Premotion Conference Briefing Schedule*

Dear Judge Karas:

    We represent Plaintiffs in the above referenced matter. On June 14, 2023, defendants Ashworth, Sandy and Farrell filed a premotion letter (the "Ashworth Letter"). Counsel for Plaintiffs have conferred with counsel for defendant Mackey and are advised that he too will file a premotion conference letter in advance of the previously negotiated deadline of June 23rd. The parties have conferred and have agreed that Plaintiffs' response to both the Ashworth Letter and Mackey's letter shall be due 7 days from the date on which defendant Mackey files his premotion letter..

    Accordingly, Plaintiffs write to request that their premotion response letters to both the Ashworth Letter and Defendant Mackey's letter be due 7 days from the date of Defendant Mackey's letter. Defendants have consented to this request..

    We thank Your Honor for your time and attention to this matter and are available should Your Honor want to discuss this request.

Atlanta | Austin | Birmingham | Boston | Century City | Charlotte | Chattanooga | Chicago | Dallas | Denver | Fort Lauderdale
Fort Worth | Houston | Jacksonville | Los Angeles | Miami | Nashville | Newport Beach | New York | Orlando | Philadelphia
Portland | Richmond | San Francisco | Stamford | Tallahassee | Tampa | Tysons | Washington, D.C. | West Palm Beach

Algiers | Bogotá | London | Mexico City

The Honorable Kenneth M. Karas

June 20, 2023
Page 2

Respectfully submitted,

HOLLAND & KNIGHT LLP

Stephen J. Riccardulli

SJR

Granted.

So Ordered.

6/20/23

cc: All Counsel of Record (*by ECF*)